[Criminal No. 586. Filed May 2, 1924.]

[225 Pac. 1117.]

OSCAR PALMER and J. W. MARTIN, Appellants, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Maricopa. M. T. Phelps, Judge. Affirmed.

Messrs. Hemperly and Hash, for Appellants.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—The appellants were convicted of a misdemeanor, and they appeal to this court, sending the record here October 18, 1923. They have done nothing further. An examination of the record discloses no fundamental error was committed in the trial court. The judgment is affirmed.